UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 30259
  IRMA JEAN TOOMER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-7469
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/02/05 and confirmed on 10/12/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 53550.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | 11991.42 | 918.81 | 11991.42 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 3611.59 | 359.87 | 3611.59 |
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6445.47 | 303.50 | 6445.47 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10649.69 | 501.46 | 10649.69 |
| WORLD FINANCIAL NETWORK | UNSECURED | 141.44 | 7.07 | 141.44 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5004.61 | 235.65 | 5004.61 |
| MONTGOMERY WARDS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 3156.72 | .00 | 3156.72 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6152.50 | 289.70 | 6152.50 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18759.73 | .00 | 28393.71 | .00 | 47153.44 |
| PRINCIPAL PAID | 18759.73 | .00 | 28393.71 | .00 | 47153.44 |
| INTEREST PAID | 1278.68 | .00 | 1337.38 | .00 | 2616.06 |
| TOTAL PAID | 20038.41 | .00 | 29731.09 | .00 | 49769.50 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $   1500.00  direct and $   1200.00  through the plan.

The Trustee received $   2220.99 .

Refunds to the Debtor totaled $    359.51 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 08/19/08                    /s/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                       PAGE   2
     CASE NO. 05 B 30259 IRMA JEAN TOOMER
```